

# NUMBER 13-19-00114-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JULIO CESAR RAMIREZ,                                          Appellant,

## v.

JAIME CRISTOBAL RAMIREZ,                                          Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This cause is before the Court on appellant's third amended motion for extension of time to file the brief. Appellant's brief was originally due to be filed on September 4, 2019, and this Court previously granted appellant two extensions for the filing of appellant's brief in this cause.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is

of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with Order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable Juan Angel Guerra, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before February 4, 2020. No further extensions will be granted in this matter absent exigent circumstances.

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of January, 2020.